UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**FARRAH MARQUETTE,**

   Plaintiffs,       CASE NO. 19-cv-976

v.

**OSHKOSH DEFENSE, LLC,**

   Defendant.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing documents were filed using the CM/ECF system today and served a true and correct copy of the documents on the following parties by way personal service:

Oshkosh Defense, LLC
c/o Registered Agent: CT Corporation System
301 S. Bedford St., Suite 1,
Madison, Wisconsin 53703

Dated this 9th day of July, 2019.

          Respectfully submitted,

          **HAWKS QUINDEL S.C.**
          Attorneys for Plaintiff

        By: *s/ Summer H. Murshid*
         Summer H. Murshid
         SBN 1075404
         John Leppanen
         SBN 1093787

**Hawks Quindel S.C.**
222 East Erie Street
Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: (414) 271-8650
Fax: (414) 271-8442
Email(s): smurshid@hq-law.com
jleppanen@hq-law.com